■ EAST NEW YORK SAVINGS BANK, Respondent, v SUN BEAM ENTERPRISES, INC., et al., Defendants, and INTEGRA REALTY, INC., Appellant. [651 NYS2d 37] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered March 26, 1996, which denied defendant-appellant's motion to vacate a default judgment entered against it, unanimously affirmed, with costs.

Jurisdiction was obtained over appellant, a corporation, by

service of process on the Secretary of State irrespective of whether the process ever actually reached appellant (*Associated Imports v Amiel Publ.*, 168 AD2d 354, *lv dismissed* 77 NY2d 873). Assuming in appellant's favor that it did not receive notice of the process in time to defend (CPLR 317), or that it has a reasonable excuse for its default (CPLR 5015 [a] [1]), the complaint makes out a prima facie case of fraudulent conveyance, and appellant's conclusory denials are insufficient to show a meritorious defense warranting vacatur of its default. Concur—Murphy, P. J., Sullivan, Milonas, Rubin and Andrias, JJ.